# United States District Court
# Western District of North Carolina
# Charlotte Division

| Juavon Hendrix, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00455-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2020 Order.

May 4, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court