UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-455-MOC

| JUAVON HENDRIX, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees, (Doc. No. 17). After Plaintiff filed the motion, Defendant filed a Stipulation re Motion for Attorney Fees, in which Defendant attests that the parties have stipulated that Defendant will pay Plaintiff $4,300.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. No. 19).

Pursuant to the parties' stipulation, the Court hereby orders that Defendant shall pay Plaintiff $4,300.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Clifford M. Farrell, and mailed to his office at 167 N. High Street, P.O. Box 0002619, Columbus, Ohio 43215-00037, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

To this extent, Plaintiff's Motion for Attorney Fees, (Doc. No. 17), is **GRANTED** in part.

**IT IS SO ORDERED**.

Signed: August 17, 2020

Max O. Cogburn Jr
United States District Judge